Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Raymond Maldonado, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>HSBC Mortgage Services, Inc.,<br><br>Defendant. | Case No.: 2:16-cv-00784-JAD-VCF<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [First Request]**<br><br>**ORDER** |

Plaintiff Raymond Maldonado ("Plaintiff") and HSBC Mortgage Services, Inc. ("Defendant") (jointly as the "Parties"), by and through their respective counsel, hereby submit this stipulation for a seven day extension of time for Plaintiff to respond to Defendant's motion to dismiss, ECF No. 16;

WHEREAS, on April 8, 2016, Plaintiff filed his Complaint, ECF No, 1;

WHEREAS, on October 18, 2016, Plaintiff filed his first Amended Complaint, ECF No. 10;

WHEREAS, on November 11, 2016, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 16;

WHEREAS, Plaintiff has requested in good faith and not for the purpose of delay, and Defendant agrees, for an additional seven days for Plaintiff to file his response to Defendant's motion to dismiss.

WHEREAS, this is the first request for an extension of this deadline by the Parties;

///
///
///
///
///
///
///
///
///
///
///
///
///

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows: Plaintiff shall Respond to Defendant's Motion to Dismiss First Amended Complaint, ECF No. 16, on or before **December 5, 2016**.

DATED this 27th day of November 2016.


**Kazerouni Law Group, APC**


By:  /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
800-400-6808 x7
Fax: 800-520-5523
Email: mkind@kazlg.com
*Attorneys for Plaintiff*

**Greenberg Traurig, LLP**


By:  /S/  Louis Smith
Jacob D Bundick, Esq.
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Louis Smith, Esq.
500 Campus Drive, Ste 400
Florham Park, NJ 07932
*Attorneys for HSBC Mortgage Services, Inc.*


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____November 28, 2016_____