Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (800) 400-6808 x7
Facsimile: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Raymond Maldonado*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND MALDONADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HSBC MORTGAGE SERVICES, INC.;<br><br>Defendant. | CASE NO. 2:16-cv-00784-JAD-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>ECF No. 44 |

| | |
|---|---|
| Pursuant to LR IA 6-2 and LR 7-1, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Raymond Maldonado and Defendant HSBC Mortgage Services, Inc. hereby stipulate that the above-captioned matter be, and hereby is, dismissed with prejudice, without fees or costs to either party as against the other. | |

Dated: October 19, 2017

**GREENBERG TRAURIG, LLP**

By: */s/ Jacob D. Bundick*
 JACOB D. BUNDICK, ESQ.
 Nevada Bar No. 9772
 3773 Howard Hughes Parkway
 Suite 400 North
 Las Vegas, Nevada 89169
 Telephone: (702) 792-3773
 Facsimile: (702) 792-9002
 Emails: bundickj@gtlaw.com

 LOUIS SMITH, ESQ.
 (admitted *pro hac vice*)
 500 Campus Drive, Suite 400
 Florham Park, New Jersey 07932-0677
 Telephone: (973) 360-7900
 Facsimile: (973) 301-8410
 smithlo@gtlaw.com

*Attorneys for Defendant*
*HSBC Mortgage Services, Inc.*

Dated: October 19, 2017

**KAZEROUNI LAW GROUP, APC**

By: */s/ Michael Kind*
 MICHAEL KIND, ESQ.
 Nevada Bar No. 13903
 7854 W. Sahara Avenue
 Las Vegas, Nevada 89117
 Telephone: (800) 400-6808 x7
 Fax: (900) 520-5523
 Email: mkind@kazlg.com

HAINES & KRIEGER, LLC
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
Telephone: (702) 880-5554
Fax: (702) 383-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
*Raymond Maldonado*

## ORDER

Based on the parties' stipulation [ECF No. 44] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
October 20, 2017